**SUBT**
Anthony D. Guenther, Esq.
Nevada Bar No. 5651
LAW OFFICES OF ANTHONY D. GUENTHER, ESQ.
3261 E. Warm Springs Rd.
Las Vegas, Nevada 89120
Telephone: (702) 589-5170
Facsimile: (702) 541-8866
Email: adg@adguentherlaw.com
*Attorneys for defendant Marcus Antonio Zamudio-Orozco*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS ANTONIO ZAMUDIO-OROZCO,<br><br>Defendant. | CASE NO: 2:17-CR-00101-KJD-VCF<br><br>**SUBSTITUTION OF COUNSEL** |

The undersigned, MARCUS ANTONIO ZAMUDIO-OROZCO, hereby substitutes ANTHONY D. GUENTHER, ESQ., and THE LAW OFFICES OF ANTHONY D. GUENTHER, ESQ. as the attorneys in the above-entitled action, in the place and stead of MONIQUE KIRTLEY and the FEDERAL PUBLIC DEFENDERS' OFFICE.

DATED this 8 day of June, 2017.

_____
Marcus Antonio Zamudio-Orozco

///
///
///
///
///
///

MONIQUE KIRTLEY and the FEDERAL PUBLIC DEFENDERS' OFFICE do hereby consent to the above and foregoing substitution of attorneys.

DATED this 9 day of June, 2017.

FEDERAL PUBLIC DEFENDER

Monique Kirtley
411 E. Bonneville, Ste. 250
Las Vegas, NV 89101

ANTHONY D. GUENTHER, ESQ., and THE LAW OFFICES OF ANTHONY D. GUENTHER, ESQ., do hereby accept the above and foregoing substitution of attorney for MARCUS ANTONIO ZAMUDIO-OROZCO in the above-entitled matter.

DATED this 8 day of June, 2017.

LAW OFFICES OF ANTHONY D. GUENTHER, ESQ.

Anthony D. Guenther, Esq. (#5651)
3261 E. Warm Springs Rd.
Las Vegas, Nevada 89120
*Attorneys for defendant Marcus Antonio Zamudio-Orozco*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 6-20-2017

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of June, 2017, I served a true and correct copy of the foregoing *SUBSTITUTION OF COUNSEL* by:

| | |
|---|---|
| ___ | Selecting the persons identified below for electronic service in accordance with the above-captioned Court's Administrative Order 14-2 filed on May 9, 2014, upon e-filing of the above-referenced document. |
| X | Placing it in the US Mail, first class, postage prepaid, addressed as set forth below and that there is regular communication by mail between the place of mailing and the places so addressed. |
| ___ | by email to the email address(es) set forth below: |

Monique Kirtley
411 E. Bonneville, Ste. 250
Las Vegas, NV 89101

Steven W. Myhre, United States Attorney
Kathryn C. Newman, Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101

_____
An employee of the LAW OFFICES OF
ANTHONY D. GUENTHER, ESQ.