JOHN G. GEORGE, ESQ.
Nevada Bar No. 12380
LAW OFFICE OF JOHN GEORGE
732 S 6th Street Suite 100
Las Vegas, Nevada 889101
E-mail: jggeorgelaw@gmail.com
Telephone: 702-382-1200
Facsimile: 702-446-1577

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARCUS ANTONIO ZAMUDIO-OROZCO

    Defendant.

CASE NO. ~~2:16-CR-00101 KJD-VCF~~ 2:17-cr-00101-KJD-VCF

**MOTION FOR SUBSTITUTION OF ATTORNEY**

PLEASE TAKE NOTICE that subject to the approval of this Court, John G. George of the Law Office of John George does hereby submits this attached notice of substitution of attorney in the above captioned matter. This substitution is unopposed by both present counsel and the United States.

IT IS SO ORDERED BY THIS COURT

DATED this 18th day of July, 2016

_____
~~DISTRICT COURT JUDGE~~
Cam Ferenbach
United States Magistrate Judge
July 19, 2017

LAW OFFICE OF JOHN GEORGE

_____
JOHN G. GEORGE, ESQ.
Nevada Bar No. 12380
732 S 6TH Street Suite 100
Las Vegas, Nevada 889101
*Attorney for Defendant*

JOHN G. GEORGE, ESQ.
Nevada Bar No. 12380
LAW OFFICE OF JOHN GEORGE
732 S 6th Street Suite 100
Las Vegas, Nevada 889101
E-mail: jggeorgelaw@gmail.com
Telephone: 702-382-1200
Facsimile: 702-446-1577

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS ANTONIO ZAMUDIO-OROZCO<br><br>Defendant. | CASE NO. 2:17-CR-00101 KJD-VCF<br><br>**SUBSTITUTION OF ATTORNEY** |

PLEASE TAKE NOTICE that John G. George of the Law Office of John George does hereby submits this notice that he will be substituting in for Anthony D. Guenther as counsel for Defendant Zamudio-Orozco.

Acknowledged by:

_____
ANTHONY GUENTHER

_____
MARCUS ANTONIO ZAMUDIO-OROZCO

DATED this 18th day of July, 2016

LAW OFFICE OF JOHN GEORGE

_____
JOHN G. GEORGE, ESQ.
Nevada Bar No. 12380
732 S 6TH Street Suite 100
Las Vegas, Nevada 889101
*Attorney for Defendant*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of July, 2017, I served a true and correct copy of the foregoing, **SUBSTITUTION OF ATTORNEY**, addressed to the following counsel of record and/or party at the following address:

__X__ by Electronic Service: mandatory electronic service (e-service), proof of e-service attached to any copy filed with the Court; or

_____ by facsimile transmission, proof of transmission attached to any copy filed with the Court; or

_____ by U.S. Mail: By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as indicated on the service list below in the United States mail at Las Vegas, Nevada to the below address:

Kathryn Newman
Assistant United States Attorney
501 Las Vegas Blvd, Suite 1100
Las Vegas, NV 89101

_____
An Employee of
*THE LAW OFFICE OF JOHN G. GEORGE*