UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-0101-KJD-CWH |
| Plaintiff, | ORDER |
| v. | |
| MARCUS ANTONIO ZAMUDIO-OROZCO, | |
| Defendant. | |

Presently before the Court is Defendant's Motion for a Sentence Reduction Under Amendment 782 of 18 U.S.C. 3582(c) (#45). However, Defendant was adjudicated guilty of Deported Alien Found Unlawfully in the United States on December 28, 2017. Amendment 782 reduced the offense levels assigned to drug quantities that triggered statutory mandatory minimum penalties. Therefore, Amendment 782 does not apply to Defendant's conviction and resulting sentence.

Accordingly, Defendant's Motion for a Sentence Reduction Under Amendment 782 of 18 U.S.C. 3582(c) (#45) is **DENIED**.

Dated this 24th day of July, 2018.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE